IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEHU WALTER YOUNG,
        Plaintiff

vs.

PA STATE TROOPER THOMAS W. KOLBEY and
PA STATE TROOPER PETER MIKO,
        Defendants

Civil Action No. 11-cv-05301

O R D E R

NOW, this 29th day of March 2013, upon consideration of the following documents:

(1) Plaintiff's Motion to Amend Plaintiff's Complaint to Include a Jury Trial Demand, which motion was filed on April 4, 2012;

(2) Plaintiff's Brief Supporting Plaintiff's Motion to Amend Complaint to Include Jury Trial Demand, which brief was filed on April 5, 2012;

(3) Trooper Thomas W. Koebley and Trooper Peter Minko's Response in Opposition to Plaintiff's Motion to Amend the Complaint to Include a Jury Demand, which response was filed on April 18, 2012; and

(4) Complaint, which was filed by Jehu Walter Young *pro se* on August 30, 2011;

and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that Plaintiff's Motion to Amend Plaintiff's Complaint to Include a Jury Trial Demand is granted.[1]

---

[1] Plaintiff does not actually assert any intention to amend his Complaint substantively and only wishes to add a jury demand to the existing

(Footnote 1 continued:)

IT IS FURTHER ORDERED that plaintiff shall have until April 12, 2013 to file a written jury demand.

IT IS FURTHER ORDERED that, in the event that plaintiff files a jury demand by April 12, 2013 in accordance with this Order, a jury trial of the within case shall commence on Monday, April 22, 2013 instead of a non-jury trial as previously scheduled by the Non-Jury Trial Attachment Order filed March 20, 2012.[2]

                                                BY THE COURT:


                                                /s/ JAMES KNOLL GARDNER
                                                James Knoll Gardner
                                                United States District Judge

---

(Continuation of footnote 1:)

Complaint. Accordingly, I treat plaintiff's within motion as a motion to file an untimely jury demand pursuant to Federal Rule of Civil Procedure 39(b). Furthermore, because plaintiff does not seek to amend his Complaint beyond adding a jury demand, I will permit plaintiff to file a written jury demand pursuant to Rule 38(b)(1) of the Federal Rules of Civil Procedure as an alternative to filing an amended complaint.

[2] It is the sense of this Order that if plaintiff files a jury demand by the April 12, 2013 deadline, I will issue a Jury Trial Attachment Order to replace the previously filed Non-Jury Trial Attachment Order for that date.